UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 18-cv-00645-ECT-LIB

| | |
|---|---|
| Jeannie Ball,<br><br>                    Plaintiff,<br>v.<br><br>The Bank of New York Mellon Corporation and Shapiro & Zielke, LLP,<br><br>                    Defendant. | **STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Pursuant to Local Rule 5.6 the Declaration of Jeannie Ball with Exhibits (*Doc. 62*) has been filed under seal due to the personal medical information included. The information, which includes Plaintiff's medical history and medication, is personal and confidential and redactions are impracticable.

Dated this 13th day of May, 2020.

By: s/ *Thomas J. Lyons Jr.*
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 0249646
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile: (651) 704-0907
tommy@consumerjusticecenter.com

*ATTORNEY FOR PLAINTIFF*