# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Jeannie Ball, | **COURT MINUTES** |
| | BEFORE: Eric C. Tostrud |
| Plaintiff, | U.S. District Judge |
| v. | Case No: 18-cv-645 ECT/LIB |
| | Date: May 18, 2020 |
| The Bank of New York Mellon Corporation, | Court Reporter: Tim Willette |
| | Courthouse: St. Paul |
| | Courtroom: 3B / Video Conference |
| | Time Commenced: 9:05 a.m. |
| Defendant. | Time Concluded: 10:10 a.m. |
| | Time in Court: 1 Hour 5 Minutes |

## APPEARANCES BY TELEPHONE:

Plaintiff: Thomas J. Lyons, Consumer Justice Center P.A.

Defendant: Bradley Armstrong, Moss & Barnett, PA

## HEARING ON:

MOTION to Enforce Settlement Agreement filed by The Bank of New York Mellon Corporation. [ECF No. 50]

## PROCEEDINGS:

The motion was moved, argued and denied for reasons stated on the record.

s/ R. Morton
Courtroom Deputy
